

# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

No. 04-21-00476-CV

**IN THE INTEREST OF A.R.M., A CHILD**

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-11-26159-CV
Honorable Dennis Powell, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on December 8, 2021. On December 14, 2021, appellant filed a motion requesting an extension of time to file his brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

Appellant's motion is GRANTED. It is ORDERED that appellant's brief must be filed no later than December 28, 2021. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court